# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIPPE ZOGBE ZATTA, | Case No. SACV 18-2280-ODW (JEM) |
| Plaintiff, | |
| v. | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| STEVEN CHARLES ELDRED, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, the Report and Recommendation of the United States Magistrate Judge, Plaintiff's Objections, and Defendant Corsi's Reply to the Objections. The Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which Plaintiff has objected.

Plaintiff also filed a Notice of Voluntary Dismissal, in which he dismissed without prejudice his claims against Defendant Robert McCulloch. Plaintiff's Notice of Voluntary Dismissal was effective upon its filing and without a court order pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). See <u>United States v. Real Property Located at 475 Martin Lane, Beverly Hills, CA</u>, 545 F.3d 1134, 1145 (9th Cir. 2008) (a voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) is self-executing and requires no further action by the court).

The Court overrules Plaintiff's Objections, accepts the findings and recommendations of the Magistrate Judge as to all claims against the remaining Defendants, and finds that dismissal of this action with prejudice is warranted.

Accordingly, IT IS ORDERED that: (1) Defendants' Motions to Dismiss are GRANTED; (2) Plaintiff's claims against the remaining Defendants are dismissed with prejudice; (3) Plaintiff's Motions for Default Judgment against the Private Party Defendants and Defendant Corsi are denied; and (4) Judgment shall be entered accordingly.

DATED: December 4, 2019

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE