# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIPE ZOGBE ZATTA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STEVEN CHARLES ELDRED, et al.,<br><br>　　　　　Defendants. | Case No. SACV 18-2280-ODW (JEM)<br><br>**J U D G M E N T** |

　　In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

　　IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: December 4, 2019

　　　　　　　　　　　　　　　　　　OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE